NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:93CR03025-02/RV

MARGARET GREEN

On March 3, 2008, the above named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that MARGARET GREEN be discharged from Supervised Release.

Respectfully submitted,

Larry J. Gibbs
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 15th day of March, 2010

Roger Vinson
Senior United States District Judge

Rec'd 0315'10 USDCFln 3AM 1125